FILED
SEP 26 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

Clerk
United States
District Court
220 W. Depot St
Suite 200
Greenville, TN.
37743

James Lambert
H.C.C.F. /478533
P.O. Box 549
Whiteville, TN.
38075

2:23-CV-132

RE: 42 USC 1983

September 13, 2023

<u>Motion for Federal
Relief under 42 USC 1983</u>

## I. Introduction

Now here comes petitioner, James Lambert; pro-se, who is currently incarcerated at the above captioned address within the Hardeman County Correctional Facility. Where-as this petitioner humbly requests this Honorable Court to grant relief under the stated sub-section.

Continued:  Lambert/478533

II. History of case-No. 2863

On October 10, 2011, the McNairy County Grand Jury indicted this petitioner, the defendant, of rape of a child, aggravated sexual battery (x2), and incest. On Febuary 28, 2012 with the Hon. Judge J. Weber McCraw, a jury convicted this petitioner of the aforementioned charges. This petitioner was sentenced to 25 years as a child rapist for rape of a child,

Continued:       Lambert /478533

Ten years for aggravated sexual battery, and five years for incest. The trial court ordered all counts concurrent with each other for an effective sentence of twenty five years. The Judgements were entered on April 20, 2012. On May 17, 2012, this petitioner filed a timely motion for a new trial. On June 11, 2012 a hearing was held on the petitioners motion. The motion was denied at the conclusion of the

Continued: Lambert/478533

... hearing, but no order denying the motion is on record. On June 21, 2012 this petitioner filed a notice of appeal.

Where-as, After having exhusted all available avenues of appeal and post-conviction relief, this petitioner due to indengency, must continue his plight for justice pro-se in the next higher courts of the United States District Courts.

Continued, Lambert/478533

III. Issues Raised:

This Petitioner has a reasonable legal arguement of more then one claim that could possibly reverse the judgement in his claim, and overturn the convictions.

A- Petitioner asserts that he had filed a motion pro-se to the honorable trial court for a complete and correct, in its etirety, copy of all the transcripts, all Audio recordings of all the entire

Continued,                                   Lambert / 478533

... court proceeding to be able to compare the written and the verbal account for any discrepency.

<u>B</u> - The trial court awarded this petitioner his motion request, <u>However</u>; The petitioners attorney had maided the petitioner an incomplete copy of the transcripts, <u>which did not include the files from D.H.S.</u>

<u>C</u> - This petitioner never recieved a full and complete copy, as ordered by

Continued; Lambert/478533

D- When thus Petitioner notified the courts of this error, petitioner was informed that no other action was to be taken by the courts due to the fact the thus particular court in standing, had in fact closed this petitioners case.

IV. Relief Requested;

A) Petitioner requests this Honorable court to issue a decree for the lower courts to provide a full

Continued. Lambert/478533

... and complete copy of all verbal and written records, evidence, testimony, etc.

B) To order the Department of Human Services to provide a copy of thier files to be subject for accuracy and discrepencies.

## V. Jurisdiction

The United States District Court has jurisdiction to ensure all parties follow due process of the law. And if a violation of a

Continued; Lambert/478533

... constitutional right is at question, it is within this court that these rights must be defended.

Your quick and effective response is deeply and therefore greatly appreciated.

Respectfully Requested,
James a Lambert
JAMES A. LAMBERT
H.C.C.F./478533
P.O. Box 549
Whiteville, TN.
38075